IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:08-CR-00214 LJO |
| vs. | ) | ORDER OF RELEASE |
| ROBERT LEE MARRS, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on November 28, 2011.

IT IS HEREBY ORDERED that the defendant shall be released on Friday, December 9, 2011 to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated: December 8, 2011** **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE